UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LATANYA RUTH
HARRISON,

        Plaintiff,

v.

COMMISSIONER OF
SOCIAL SECURITY,

        Defendant.
_____/

Case No. 2:16-cv-11521
Magistrate Judge Anthony P. Patti

## **OPINION AND ORDER DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT (DE 16), GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (DE 19) AND AFFIRMING THE DECISION OF THE COMISSIONER OF SOCIAL SECURITY**

Plaintiff, Latanya Ruth Harrison, brings this action under 42 U.S.C. §§ 405(g) and 1383(c)(3) for review of a final decision of the Commissioner of Social Security ("Commissioner") denying her application for supplemental security income. Currently before the Court is Plaintiff's motion for summary judgment (DE 16), the Commissioner's cross-motion for summary judgment (DE 19), and the administrative record (DE 14).

The parties have consented to my authority. (DE 22.) A hearing was held on June 1, 2017, at which Plaintiff's counsel (Edward Wicklund) and Defendant's counsel (AUSA Ronald Makawa) appeared by telephone.

For the reasons stated on the record, all of which are hereby incorporated by this reference as though fully restated herein, the Court concludes that the ALJ unerringly applied the correct legal standards in reaching her decision and that substantial evidence in the record supports her findings. In sum, the ALJ did not err in her consideration of Plaintiff's obesity or the weighing of opinion evidence, and Plaintiff's Residual Functional Capacity is supported by substantial evidence. Accordingly, Plaintiff's motion is **DENIED** (DE 16), Defendant's motion is **GRANTED** (DE 19), and the decision of the Commissioner of Social Security is **AFFIRMED.**

**IT IS SO ORDERED.**

Dated: June 1, 2017
s/Anthony P. Patti
Anthony P. Patti
UNITED STATES MAGISTRATE JUDGE

### Certificate of Service

I hereby certify that a copy of the foregoing document was sent to parties of record on June 1, 2017, electronically and/or by U.S. Mail.

s/Michael Williams
Case Manager for the
Honorable Anthony P. Patti