UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LATANYA RUTH
HARRISON,

        Plaintiff,

v.

COMMISSIONER OF
SOCIAL SECURITY,

        Defendant.
_____/

Case No. 2:16-cv-11521
Magistrate Judge Anthony P. Patti

## **JUDGMENT**

In accordance with the order denying Plaintiff's motion for summary judgment and granting Defendant's motion for summary judgment entered on June 1, 2017,

It is **ORDERED AND ADJUDGED** that judgment is granted in favor of Defendant and against Plaintiff.

It is further **ORDERED AND ADJUDGED** that the determination of the Commissioner of Social Security is **AFFIRMED** and that the complaint is **DISMISSED** with prejudice.

Dated: June 5, 2017
                                        s/Anthony P. Patti
                                        Anthony P. Patti
                                        UNITED STATES MAGISTRATE JUDGE

## Certificate of Service

I hereby certify that a copy of the foregoing document was sent to parties of record on June 5, 2017, electronically and/or by U.S. Mail.

<pre>                              s/Michael Williams                   
                              Case Manager for the
                              Honorable Anthony P. Patti</pre>